UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| Joseph Michael Carfi | ) | Chapter 13 |
|---|---|---|
| | ) | |
| | ) | 19-11823 AMC |

**O R D E R**

**AND NOW**, this        day of           , 2019, it is hereby;

**ORDERED**, that upon Debtor's Motion for Extension of Time to File Schedules, Statements and Chapter 13 Plan, debtor(s) shall have until April 24, 2019, within which time debtor(s) shall file Schedules and Chapter 13 Plan within the U.S. Bankruptcy Court for the Eastern District of Pennsylvania.  No further extensions shall be granted.

**Date: April 11, 2019**

_____
Ashely M. Chan
Bankruptcy Judge
United States Bankruptcy Court

cc:    Albert J. Scarafone, Esquire
       Joseph Michael Carfi, Debtor
       William C. Miller, Trustee