United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-11823-amc
Joseph Michael Carfi                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Apr 11, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2019.
db             Joseph Michael Carfi,    409 North Avenue,    Blue Bell, PA   19422-1013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:
     ALBERT J. SCARAFONE, JR.    on behalf of Debtor Joseph Michael Carfi scarafone@comcast.net, ascarafone@gmail.com;r39418@notify.bestcase.com
     REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    Joseph Michael Carfi    )    Chapter 13
                                 )
                                 )    19-11823 AMC

**O R D E R**

**AND NOW**, this _____ day of _____, 2019, it is hereby;

**ORDERED**, that upon Debtor's Motion for Extension of Time to File Schedules, Statements and Chapter 13 Plan, debtor(s) shall have until April 24, 2019, within which time debtor(s) shall file Schedules and Chapter 13 Plan within the U.S. Bankruptcy Court for the Eastern District of Pennsylvania. No further extensions shall be granted.

**Date: April 11, 2019**

                                              _____
                                              Ashely M. Chan
                                              Bankruptcy Judge
                                              United States Bankruptcy Court

cc:    Albert J. Scarafone, Esquire
        Joseph Michael Carfi, Debtor
        William C. Miller, Trustee