# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-11823-AMC

JOSEPH MICHAEL CARFI

409 NORTH AVENUE

BLUE BELL, PA 19422-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  JOSEPH MICHAEL CARFI

  409 NORTH AVENUE

  BLUE BELL, PA 19422-

Counsel for debtor(s), by electronic notice only.

  ALBERT J SCARAFONE JR ESQUIRE
  1717 SWEDE RD
  SUITE 200
  BLUE BELL, PA 19422

Date: 5/28/2019

/S/ William C. Miller
_____

William C. Miller, Esquire
Chapter 13 Standing Trustee