United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph Michael Carfi  
    Debtor

Case No. 19-11823-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Linda    Page 1 of 1    Date Rcvd: Aug 22, 2019  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.  
db        Joseph Michael Carfi,    409 North Avenue,    Blue Bell, PA   19422-1013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:  
        ALBERT J. SCARAFONE, JR.    on behalf of Debtor Joseph Michael Carfi scarafone@comcast.net, ascarafone@gmail.com;r39418@notify.bestcase.com  
        KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                                                  TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joseph Michael Carfi <br> _Debtor_ | CHAPTER 13 |
| DITECH FINANCIAL LLC <br> _Movant_ <br> vs. | NO. 19-11823 AMC |
| Joseph Michael Carfi <br> _Debtor_ <br> Kelly Malloy <br> _Co-Debtor_ | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller, Esquire <br> _Trustee_ | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$8,380.25,** which breaks down as follows;

Post-Petition Payments:           April 2019 to August 2019 at $1,469.85/month
Fees & Costs Relating to Motion: $1,031.00
**Total Post-Petition Arrears      $8,380.25**

2. The Debtor(s) shall cure said arrearages in the following manner;

    a). Beginning on September 1, 2019 and continuing through August 1, 2020, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$1,469.85** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$698.36 from September 2019 to July 2020 and $698.29 for August 2020** towards the arrearages on or before the last day of each month at the address below;

    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
    P.O. BOX 0049
    PALATINE, IL 60055-0049

    b). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: August 9, 2019

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Date: August 19, 2019

/s/ Albert J. Scarafone, Jr., Esquire
Albert J. Scarafone, Jr., Esquire
Attorney for Debtors

Date: 8-19-19

JACK William C. Miller, Esquire
Chapter 13 Trustee

Approved by the Court this  22nd day of  August            , 2019.  However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Ashely M. Chan