**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| **JOSEPH MICHAEL CARFI:** | | |
| | : | |
| **DEBTOR** | : | **NO. 19-11823 AMC** |

## CERTIFICATE OF NO RESPONSE

I, Albert J. Scarafone, Esquire, counsel for debtor(s), hereby certify that as of November 18, 2019, I have received no objections by any creditor or party in interest, either verbally or in writing, to my Application For Compensation in the above-captioned case.

/s/ Albert J. Scarafone
Albert J. Scarafone, Esquire
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372
Phone No.: (610) 275-4000
Fax No.: (610) 275-4883