United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Joseph Michael Carfi
      Debtor

Case No. 19-11823-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1      Date Rcvd: Dec 09, 2019
      Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2019.
db      Joseph Michael Carfi,   409 North Avenue,   Blue Bell, PA 19422-1013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
+E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 10 2019 03:37:46      Frederic J. Baker,
   Assitant U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
      TOTAL: 1

***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2019 at the address(es) listed below:
      ALBERT J. SCARAFONE, JR.   on behalf of Debtor Joseph Michael Carfi scarafone@comcast.net, ascarafone@gmail.com;r39418@notify.bestcase.com
      KEVIN G. MCDONALD   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
      TOTAL: 5

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JOSEPH MICHAEL CARFI | : | |
| | : | |
| DEBTOR | : | NO. 19-11823 AMC |

**ORDER APPROVING COUNSEL FEE**

    **AND NOW**, this    day of           , 2019, upon consideration of the Application of Albert J. Scarafone, Esquire for Compensation (the "Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

    **ORDERED AND DECREED** that the Application is approved in the amount of $5,000.00 and that the balance as stated in the Application, in the amount of $3,900.00, shall be paid to Debtor's counsel as an administrative expense.

                                                     BY THE COURT:

**Date: December 9, 2019**
                                                     _____
                                                     HONORABLE ASHELY M. CHAN
                                                     U.S. BANKRUPTCY JUDGE

cc:

| | |
|---|---|
| Albert J. Scarafone, Esquire | William C. Miller |
| Hill, Friedland & Scarafone | Chapter 13 Trustee |
| 1717 Swede Road, Suite 200 | 1234 Market Street |
| Blue Bell, PA 19422-3372 | Suite 1813 |
| | Philadelphia, PA 19107 |
| Frederic J. Baker, Assistant U.S. Trustee | |
| | Joseph Michael Carfi |
| 833 Chestnut Street, Suite 500 | 409 North Avenue |
| Philadelphia, PA 19107 | Blue Bell, PA 19422-1013 |