**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| JOSEPH MICHAEL CARFI | |
| Debtor | Bankruptcy No. 19-11823-AMC |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: March 31, 2020**

                                    Ashely M. Chan
                                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALBERT J SCARAFONE JR ESQUIRE
1717 SWEDE RD
SUITE 200
BLUE BELL, PA 19422

Debtor:
JOSEPH MICHAEL CARFI

409 NORTH AVENUE

BLUE BELL, PA 19422-