```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania

In re:                                                        Case No. 19-11823-amc
Joseph Michael Carfi                                          Chapter 13
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2         User: PaulP                Page 1 of 2          Date Rcvd: Mar 31, 2020
                             Form ID: pdf900            Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2020.
db              Joseph Michael Carfi,    409 North Avenue,    Blue Bell, PA   19422-1013
14390029        Albert J. Scarafone, Esquire,    Hill, Friedland & Scarafone,    1717 Swede Road, Suite 200,
                 Blue Bell, PA 19422-3372
14336997       #Ditech Financial LLC,    PO Box 12740,    Tempe, AZ 85284-0046
14299890       +Ditech Financial LLC,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14476822        NewRez LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,    Greenville,SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 01 2020 04:07:10      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 01 2020 04:06:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 01 2020 04:07:06      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2020 04:08:12      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14294451        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 01 2020 04:07:48
                 Capital One Bank Usa Na,    P O Box 30281,    Salt Lake City, UT 84130-0281
14294453        E-mail/PDF: creditonebknotifications@resurgent.com Apr 01 2020 04:07:54      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
14294454        E-mail/Text: bankruptcy.bnc@ditech.com Apr 01 2020 04:06:51      Ditech Financial LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
14294452        E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 01 2020 04:07:50      Chase Card,
                 PO Box 15298,    Wilmington, DE 19850
14294455        E-mail/Text: bankruptcydpt@mcmcg.com Apr 01 2020 04:07:03      Midland Funding,
                 P.O. Box 939019,    San Diego, CA 92193-9019
14314424       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 01 2020 04:07:03      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14343030       +E-mail/Text: colleen.atkinson@rmscollect.com Apr 01 2020 04:07:17
                 Patient First c/o Receivables Management Systems,     PO Box 73810,
                 North Chesterfield, VA 23235-8047
14294456       +E-mail/Text: colleen.atkinson@rmscollect.com Apr 01 2020 04:07:17      Receivables Management S,
                 1807 Huguenot Road Suite 118,    Midlothian, VA 23113-5604
14294457        E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2020 04:08:10      Syncb / Synchrony Home,
                 PO Box 965036,    Orlando, FL 32896-5036
14296237       +E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2020 04:08:13      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    attn: Valerie Smith,    PO Box 41021,
                 Norfolk, VA 23541-1021
14295573       +E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2020 04:07:48      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14294458       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 01 2020 04:06:46
                 Verizon Wireless,    PO Box 650051,    Dallas, TX 75265-0051
                                                                                               TOTAL: 16

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2            User: PaulP              Page 2 of 2              Date Rcvd: Mar 31, 2020
                                Form ID: pdf900          Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2020 at the address(es) listed below:
          ALBERT J. SCARAFONE, JR.    on behalf of Debtor Joseph Michael Carfi scarafone@comcast.net,
           ascarafone@gmail.com;r39418@notify.bestcase.com
          HAROLD N. KAPLAN    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
           hkaplan@rasnj.com
          KEVIN G. MCDONALD    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                        TOTAL: 6
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JOSEPH MICHAEL CARFI | Chapter 13 |
| Debtor | Bankruptcy No. 19-11823-AMC |

## O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: March 31, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALBERT J SCARAFONE JR ESQUIRE
1717 SWEDE RD
SUITE 200
BLUE BELL, PA 19422

Debtor:
JOSEPH MICHAEL CARFI

409 NORTH AVENUE

BLUE BELL, PA 19422-